JS-6

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

NOV 14 2014

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| RAUL RODRIGUEZ, | Case No. EDCV 14-02271 JVS (AN) |
| Petitioner, | |
| v. | JUDGMENT |
| A.M. GONZALEZ, Warden, | |
| Respondent. | |

IT IS HEREBY ADJUDGED that this action is dismissed for the reasons set forth in the related Order Dismissing Petition for Lack of Jurisdiction.

Dated: November 14, 2014

JAMES V. SELNA
UNITED STATES DISTRICT JUDGE